# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual<br><br>Plaintiff(s)<br>v.<br><br>PACOIMA CENTER, LLC a California limited liability company<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-03780-JFW-RAO<br><br>**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** |

1. Party (name): _____PACOIMA CENTER LLC_____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: May 13, 2020 _____

Christie Gaumer, Attorney for Defendant _____
*Type or Print Name*                     *Signature of Attorney (or Party without Attorney)*


**Opposition to this Application for Stay and Early Mediation must be filed no later than seven (7) days from the date of service of this Application for Stay and Early Mediation.**

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3940 Laurel Canyon Blvd., No. 733, Studio City, CPA 91604.

On May 13, 2020, I served the foregoing document described as **ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** on the parties having appeared in this action:

Joseph R. Manning, Jr., Esq.
Manning Law, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660

__X__  by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

__X__  BY MAIL:

    __X__  I deposited such envelopes in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepared.

    __X__  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____  BY PERSONAL SERVICE: I caused to be delivered such envelope by hand to the addressee in open court.

_____  BY FACSIMILE TRANSMISSION: I caused to be transmitted via telecopier the within document to the offices of the addressee at the facsimile telephone number listed.

_____  BY FEDERAL EXPRESS: I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to CCP § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Executed on May 13, 2020, at Los Angeles, California.

__X__  State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Christie Gaumer_
Christie Gaumer